JUN 11 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**WENDY DRUMM** :
:
**v.** : **C.A. No.:**
:
**CVS PHARMACY, INC.** : CA 08 232 S

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§1331(a), 1441(b) and 1446, and for the sole purpose of removing this matter to the United States District Court of the District of Rhode Island, Defendant, CVS Pharmacy, Inc. ("Defendant") states:

1. State Court Action.

Plaintiff, Wendy Drumm, filed this action against Defendant in the Superior Court for the County of Providence, Rhode Island, Civil Action No. 08-3805. Copies of the Summons and Complaint served by Plaintiff in the Defendant on June 2, 2008 are attached as Exhibit 1.

2. Federal Jurisdiction.

Plaintiff has asserted claims of discrimination on the basis of her age under, inter alia, the Age Discrimination in Employment Act, codified at 29 U.S.C. § 621 et seq. The Court has jurisdiction over these claims pursuant to 28 U.S.C. § 1331. Plaintiff has also asserted related claims against Defendant under the Rhode Island Fair Employment Practices Act, the Rhode Island Civil Rights Act and Rhode Island common law. The Court has jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a), 28 U.S.C. § 1441(c), and general principles of supplemental jurisdiction.

3. Timeliness of Notice of Removal.

Defendant first received notice of the Complaint when it and the Summons were served on its registered agent by process server on or about June 2, 2008. Removal of this action is, therefore, timely under 28 U.S.C. § 1446(b).

4. Relief Requested.

Defendant requests that the United States District Court for the District of Rhode Island assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

Respectfully submitted,

EDWARDS ANGELL PALMER &
DODGE LLP

By: ______________________

Todd M. Reed (#6602)
Attorneys for Defendant
CVS Pharmacy, Inc.
2800 Financial Plaza
Providence, RI 02903-2499
(401) 274-9200
(401) 276-6611 (facsimile)

Dated: June 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2008, I served a copy of the within document by causing a copy to be sent via First Class U.S. Mail, postage pre-paid to the above-named counsel.

TO: R. Daniel Prentiss, Esquire
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903

Todd M. Reed