**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
06/02/2008
CT Log Number 513483819

**TO:** Zenon Lankowsky, General Counsel
CVS Pharmacy, Inc. (CVS#0891)
One CVS Drive
Woonsocket, RI 02895

RECEIVED
JUN 03 2008
LEGAL DEPARTMENT

**RE:** **Process Served in Rhode Island**

**FOR:** CVS Pharmacy, Inc. (CVS#0891) (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Wendy Drumm, Pltf. vs. CVS Pharmacy, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Civil Case Cover Sheet, Complaint |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # 08-3805 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - On the basis of age (over 40) |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/02/2008 at 15:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | R. Daniel Prentiss, Esq.<br>One Turks Head Place<br>Suite 380<br>Providence, RI 02903<br>401-824-5150 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 790518123279<br>Email Notification, Zenon Lankowsky zplankowsky@cvs.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI 02903 |
| **TELEPHONE:** | 401-861-7400 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# STATE OF RHODE ISLAND
## SUPERIOR COURT
### CIVIL CASE COVER SHEET

CASE # 08-3805

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| | |
|---|---|
| Wendy Drumm | CVS Pharmacy, Inc. |
| PLAINTIFF ID#/DOB | DEFENDANT ID#/DOB |

NATURE OF PROCEEDING - CHECK ONE APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**CIVIL ACTION**

| | | |
|---|---|---|
| ( ) AA AGENCY APPEAL | ( ) EX EXCESSIVE TAX | ( ) PL PRODUCT LIABILITY |
| ( ) AB ASSAULT & BATTERY | ( ) FF FORFEITURE | ( ) PR PARTITION |
| ( ) AE ASBESTOS CASES | ( ) FG FOREIGN JUDGMENT | ( ) PT PROMISSARY NOTE |
| ( ) AI ANTI-TRUST | ( ) FS FRIENDLY SUIT | ( ) RC REINSTATE CHARTER |
| ( ) BA BOOK ACCOUNT | ( ) ID PER INJURY/PROP DAM/VEH | ( ) PT PROMISSARY NOTE |
| ( ) BP BILL OF RIGHTS-POLICE OFF | ( ) IJ INJUNCTIVE RELIEF | ( ) RY REAL PROPERTY |
| (x) CH CIVIL RIGHTS/JOB DISCRIM | ( ) IP INTERPLEADER | ( ) SA SEXUAL ABUSE |
| ( ) CI CRIMINAL INJURY COMP | ( ) KP KUGEL PATCH | ( ) SF SPECIFIC PERFORMANCE |
| ( ) CL COMMON LAW ASSIGNMENT | ( ) LC LEAD CASE | ( ) SX SEXUAL HARASSMENT |
| ( ) CM COMMON LAW LIEN | ( ) LS LIBEL/SLANDER | ( ) TD CONTRACT DAMAGES |
| ( ) CS CONVERSION | ( ) ME MALPRACTICE/LEGAL | ( ) TE TRESSPASS & EJECTMENT |
| ( ) CV CRIMINAL CONVERSION | ( ) MM MALPRACTICE/MEDICAL | ( ) TO TITLE CLEARING |
| ( ) CH CIVIL RIGHTS/JOB DISCRIMIN | ( ) MO MALPRACTICE/OTHER | ( ) TV TRUSTEE/APPT CONVEY TITLE |
| ( ) DJ DECLARATORY JUDGMENT | ( ) OV OTHER CIVIL ACTION | ( ) TG TRUSTEE/ACCOUNTING |
| ( ) DG RECOVERY OF DAMAGES | ( ) PB PROPERTY DAMAGES | ( ) UM UNISURED MOTORIST |
| ( ) DB DEBT ON JUDGMENT | ( ) PG PROPERTY DAMAGES/VEH | ( ) WM WRIT OF MANDAMUS |
| ( ) DD DECEPTIVE TRADE PRACTICE | ( ) PI PERSONAL INJURY | ( ) WR WRIT OF REPLEVIN |
| ( ) DN DENIAL OF PROBATE CLAIM | ( ) PJ PERSONAL INJURY/VEHICLE | ( ) WD WRONGFUL DEATH |

**MICSELLANEOUS PETITION**

| | | |
|---|---|---|
| ( ) AC ARBITRATION/COMFIRM | ( ) GJ GRAND JURY INVESTIGATION | ( ) PX PETITION TO EXPUNGE |
| ( ) AD ARBITRATION AWARD | ( ) HC HABEAS CORPUS | ( ) PY PETITION INVENT (WIRE TAP) |
| ( ) AS ASSESSMENT OF DAMAGES | ( ) LN LEVEL COMMUN NOTIFICATION | ( ) RB ARBITRATIO REFERRAL |
| ( ) CE CONDEMNATION | ( ) ML MECHANICS LIEN | ( ) RP RULE 5A PETITION |
| ( ) CN CONFIRM COMPROMISE | ( ) MW MATERIAL WITNESS | ( ) RV RECIEVERSHIP |
| ( ) CP CONTEMPT | ( ) OM OTHER MISC PETITION | ( ) SO SEXUAL VIOLENT PREDATOR |
| ( ) DI DISCLAIMER | ( ) OW OUT OF STATE WITNESS | ( ) SS STRUCTURED SETTLEMENT |
| ( ) DS DISSOLUTION OF CORP | ( ) PC POST CONVICTION RELIEF | ( ) TA APPOINTMENT OF TRUSTEE |
| ( ) DT DECLINATION OF TRUSTEE | ( ) PD PETITION TO TAKE DEPO | ( ) TC TITLE CLEARING (TAX TITLE) |
| ( ) EN END PARTNERSHIP | ( ) PM PETITION FOR IMMUNITY | ( ) TL FORCLOSURE/TAX LIEN |
| ( ) FC FORFEITURE OF CHARTER | ( ) PO PETITION FOR CONSTABLE | ( ) TS TRUSTEE SUCCESSOR |
| ( ) FL FORCLOSURE RIGHTS REDEM | ( ) PS PERFORM SURGERY | ( ) VC VACATE ARBITRATION |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ( ) GD GUARDIANSHIP | ( ) OA OTHER PROBATE APPEAL | ( ) WL WILL |
| ( ) NC NAME CHANGE | ( ) TU TRUST | |

**DISTRICT COURT APPEAL**

( ) DISTRICT COURT APPEAL

TRIAL (X) YES ( ) NO IF YES: (X) JURY ( ) NON-JURY

ATTORNEY NAME & REGISTRATION# R. DANIEL PRENTISS 0783

PRO SE/NAME: DATE MAY 30, 2008

(REV 03-08)

30 P 2:44

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

x *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. 08-3805

Wendy Drumm
**Plaintiff**

CVS Pharmacy, Inc.
**Defendant**

## *Summons*

*To the above-named Defendant:* CVS Pharmacy, Inc., c/o CT Corporation, 10 Weybosset St., Providence, RI 02903

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon R. Daniel Prentiss, P.C. Plaintiff's attorney, whose address is One Turks Head Place, Suite 380 Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

A True copy attest 6/2/08 [signature] Constable #0026

Dated: June 2, 2008

**(Seal of the Superior Court)**