UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WENDY DRUMM :
:
v. : C.A. NO.: 08-232 S
:
CVS PHARMACY, INC. :

**ASSENTED TO MOTION**
**FOR EXTENSION OF TIME**

By agreement of the parties the defendant, CVS Pharmacy, Inc., shall have an additional three (3) weeks, up to and including July 11, 2008, within which to respond to plaintiff's Complaint.

Plaintiff,
WENDY DRUMM,

By and Through Her Attorneys,

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903
(401) 824-5150

Dated: June 18, 2008

Defendant,
CVS PHARMACY, INC.

By and Through Its Attorneys,

/s/ Todd M. Reed
Todd M. Reed (#6602)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Dated: June 18, 2008