UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WENDY DRUMM | : | |
| | : | |
| v. | : | C.A. NO.: 08-232 S |
| | : | |
| CVS PHARMACY, INC. | : | |

**NOTICE OF APPEARANCE**

Please enter my notice of appearance as counsel for the defendant, CVS Pharmacy, Inc., in connection with the above-referenced matter.

CVS Pharmacy, Inc.

/s/ Todd M. Reed

Todd M. Reed (#6602)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611

Dated: July 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2008, I served a copy of the within document by causing a copy to be sent via the Court's Electronic Filing System to the following counsel:

TO: R. Daniel Prentiss, Esquire
R. Daniel Prentiss, P.C.
One Turks Head Place, Suite 380
Providence, RI 02903

/s/ Todd M. Reed
Todd M. Reed