**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WENDY DRUMM** | : | |
| | : | |
| | : | |
| **v.** | : | **C.A. NO. 08-232S** |
| | : | |
| | : | |
| **CVS PHARMACY, INC.** | : | |

**PLAINTIFF'S STATEMENT OF ELEMENTS OF CLAIM**

The underlying claim in this litigation is a complaint for discrimination in employment on the basis of the plaintiff's age. The elements of the claim are the same under both state and federal law. They are that the plaintiff is in the protected age category, that she was employed by the defendant, that her job performance met her employer's legitimate expectations, that she suffered an adverse employment action, and that the employer had a continuing need for the services provided by position from which the plaintiff was terminated. *Neri v. Ross-Simons, Inc.*, 897 A.2d 42, 49 (R.I. 2006). Where, as here, there is direct evidence of discriminatory animus, the plaintiff's burden is to show that her age was a motivating factor in the termination of her employment. The burden then shifts to the defendant to prove that it would have taken the same employment action even in the absence of the impermissible motivating factor. *Patten v. Wal-Mart Stores East, Inc.*, 300 F.3d 21, 25 (1st Cir. 2002).

The plaintiff also has a count for breach of contract. The elements of this claim are that the defendant made an offer of termination benefits, in connection with its offer of employment to her. The plaintiff accepted that offer, which was instrumental to her

decision to accept the defendant's offer of employment. The defendant thereafter breached its promise.

The elements of a claim for intentional infliction of emotional distress are extreme and outrageous conduct on the part of the defendant, resulting in emotional injury with physical symptomatology. *Francis v. American Bankers Life Assurance Co. of Florida*, 861 A.2d 1040 (R.I. 2004).

Respectfully submitted,

WENDY DRUMM

By her Attorney,

**R. Daniel Prentiss, P.C.**

/s/ R. Daniel Prentiss
R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel: 401-824-5150
Fax: 401-824-5181

Dated: August 13, 2008

**CERTIFICATION**

I hereby certify that on this 13th day of August, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Todd M. Reed, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
treed@eapdlaw.com

/s/ R. Daniel Prentiss